UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARRYANNE MOSS,<br><br>             Plaintiff,<br><br>    v.<br><br>INFINITY INSURANCE COMPANY, et al.,<br><br>             Defendants. | Case No. 15-cv-03456-JSC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Given that the docket does not reflect that Defendants have been served by the United States Marshal, the case management conference scheduled for April 28, 2016 is continued to **June 2, 2016 at 1:30 p.m.;** a case management shall be filed seven days prior to the conference.

IT IS SO ORDERED.

Dated: April 22, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge