SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
CHARLES A. DANAHER, Cal Bar No. 144604
  E-mail:  CDanaher@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone:   619.338.6500
Facsimile:    619.234.3815

THEONA ZHORDANIA, Cal. Bar No. 254428
  E-mail:  TZhordania@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:   213.620.1780
Facsimile:    213.620.1398

Attorneys for Defendant
INFINITY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARRYANNE MOSS,<br><br>              Plaintiff,<br><br>       v.<br><br>INFINITY INSURANCE COMPANY; AWS INSURANCE COMPANY; LITHIA CHRYSLER JEEP, DODGE OF SANTA ROSA; AND DOES 1-50, INCLUSIVE,<br><br>              Defendants. | Case No. 3:15-cv-03456-JSC<br><br>**STIPULATION TO CONTINUE THE HEARING DATE ON DEFENDANTS' PENDING MOTIONS AND CASE MANAGEMENT CONFERENCE** |

1   WHEREAS Defendant Infinity Insurance Company's Motion to Strike, Defendant
2 Lithia of Santa Rosa, Inc. and Defendant Charlotte Toth's Motion to Dismiss, and Case
3 Management Conference are currently scheduled for October 13, 2016 at 9:00 a.m.;
4   WHEREAS Infinity anticipates filing a Motion for Judgment on the Pleadings by
5 October 12, 2016 with a hearing date of November 17, 2016;
6   WHEREAS the parties would like to have all motions and Case Management
7 Conference be heard on the same date;
8   WHEREAS the parties need additional time to meet and confer pursuant to Federal
9 Rule of Civil Procedure 26(f) and prepare a Joint Report
10   **IT IS HEREBY STIPULATED** by and between the parties, through their counsel
11 of record, that
12   The hearing date on Defendant Infinity Insurance Company's Motion to Strike,
13 Defendant Lithia of Santa Rosa, Inc. and Defendant Charlotte Toth's Motion to Dismiss,
14 and Case Management Conference, currently scheduled for October 13, 2016 at 9:00 a.m.,
15 shall be continued to **November 17, 2016, at 9:00 a.m.**
16   Pursuant to Local Rule 5-1.(i)(3), all signatories listed, and whose behalf the filing
17 is submitted, concur in the filing's content and have authorized the filing.
18   Respectfully submitted,
19 Dated:  October 6, 2016        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
20
21                    By      */s/ Theona Zhordania*
22                        THEONA ZHORDANIA
23                        Attorneys for Defendant
24                        INFINITY INSURANCE COMPANY
25
26
27
28

-1-                               Case No. 3:15-cv-03456-JSC

1  Dated: October 6, 2016        NOCOS LAW GROUP
2
3                                              By    */s/ Reuben L. Nocos*
4                                                    REUBEN L. NOCOS
5                                              Attorneys for Plaintiff
6                                              ARRYANNE MOSS

7  Dated: October 6, 2016        LEACH & MCGREEVY, LLP
8
9                                              By    */s/ Brian Leach*
10                                                   BRIAN LEACH
11                                             Attorneys for Defendants
12                                             CHARLOTTE TOTH AND LITHIA OF
                                               SANTA ROSA, INC. dba LITHIA CHRYSLER
13                                             JEEP DODGE OF SANTA ROSA
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
CHARLES A. DANAHER, Cal Bar No. 144604
  E-mail:  CDanaher@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone:    619.338.6500
Facsimile:    619.234.3815

THEONA ZHORDANIA, Cal. Bar No. 254428
  E-mail:  TZhordania@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:    213.620.1780
Facsimile:    213.620.1398

Attorneys for Defendant
INFINITY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARRYANNE MOSS,<br><br>            Plaintiff,<br><br>     v.<br><br>INFINITY INSURANCE COMPANY; AWS INSURANCE COMPANY; LITHIA CHRYSLER JEEP, DODGE OF SANTA ROSA; AND DOES 1-50, INCLUSIVE,<br><br>            Defendants. | Case No. 3:15-cv-03456-JSC<br><br>**ORDER RE STIPULATION TO CONTINUE THE HEARING DATE ON DEFENDANTS' PENDING MOTIONS AND CASE MANAGEMENT CONFERENCE** |

SMRH:479396851.1

Case No. 3:15-cv-03456-JSC
ORDER RE STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' PENDING MOTIONS AND CASE MANAGEMENT CONFERENCE

**<u>ORDER</u>**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the hearing date on Defendant Infinity Insurance Company's Motion to Strike, Defendant Lithia of Santa Rosa, Inc.'s Motion to Dismiss and Case Management Conference be continued to November 17, 2016 at 9:00 a.m.

DATED: ___October 6___ ___, 2016

_____
HONORABLE JACQUELINE SCOTT CORLEY